## ROSS v. STATE.
### No. 20743.

Court of Criminal Appeals of Texas.
Jan. 10, 1940.

No attorney for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for theft of cattle, punishment being two years in the penitentiary.

The indictment properly charges the offense. The record is before this court without bills of exception or statement of facts. In such condition nothing is presented for review.

The judgment is affirmed.

## ROSS v. STATE.
### No. 20744.

Court of Criminal Appeals of Texas.
Jan. 10, 1940.

No attorney for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was convicted of cattle theft; penalty assessed at confinement in the penitentiary for two years.

Appellant entered a plea of guilty to the offense charged in the indictment. The record is before this court without statement of facts or bills of exception. No error has been presented authorizing a reversal of the conviction.

The judgment is affirmed.